## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Western Division

Owners Insurance Company

                     Plaintiff,

v.                                          Case No.: 3:22–cv–50396

                                          Honorable Michael F. Iasparro

Step Seven LLC, et al.

                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 22, 2026:

      MINUTE entry before the Honorable Michael F. Iasparro: The Court has reviewed the parties' joint status report [156]. By 7/7/2026, the parties shall file a joint status report advising the Court of the status of finalizing settlement. The Clerk is directed to mail a copy of this order to Defendant Steven Coleman. Mailed notice. (vk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.